FILED

2019 DEC -6 AM 10: 34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. | ED19-0647M |
| PLAINTIFF | |
| Jerome Hill | REPORT COMMENCING CRIMINAL ACTION |
| USMS# not available | |
| DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/5/2019 ≈ 1:30  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   Title 21 Section 841 (a)(1)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1969

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Loida Leynes

10. Remarks (if any): _____

11. Name: Lisa Boylan  (please print)

12. Office Phone Number: 951-686-0335

13. Agency: FBI

14. Signature: [signature]

15. Date: 12/6/2019

CR-64 (05/18)        REPORT COMMENCING CRIMINAL ACTION